IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAUDIA LEIVA DERAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3000 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM BRUEGGEMANN, Cass County Sheriff, and JEFF LICKEI, Cass County Jail Administrator, In their Official and Individual Capacities, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

After conferring with the parties, and with their agreement, this case will progress in two stages. Specifically, the court will first determine whether the defendants are entitled to qualified immunity and, if the defendants' anticipated motion for summary judgment on qualified immunity is denied, then the case will be progressed to trial. Accordingly,

IT IS ORDERED:

1) As to the qualified immunity stage of the case:

   a. The initial discovery for this case shall be focused on the issue of qualified immunity.[1] The discovery deadline on the issue of qualified immunity is July 16, 2012.

   b. Any motion for summary judgment on the issue of qualified immunity shall be filed on or before July 31, 2012.

---

[1] Note that the parties' discovery efforts must be focused on the qualified immunity issue, but the parties are not prohibited from performing discovery beyond that issue if, for example, asking all questions to be raised with a deponent in one deposition could ultimately save the time and expense of two depositions of the same witness, and the related duplication of travel expenses, court reporter fees, etc.

2)  If the case is not fully adjudicated by the court's ruling on the issue of qualified immunity, the parties shall contact my chambers within ten days of the ruling to set a status conference for setting case deadlines to trial.

3)  For the court's internal purposes, the clerk shall set a case management deadline of October 31, 2012 with the following language: Check status of qualified immunity ruling and need for a final progression order.

April 17, 2012.                    BY THE COURT:

                                   *s/ Cheryl R. Zwart*
                                   United States Magistrate Judge